Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 26, 2024**     X **/s/ Christopher Knight**
Signature of individual signing on behalf of debtor

**Christopher Knight**
Printed name

**Sole Member**
Position or relationship to debtor

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Capital One<br>PO Box 31293<br>Salt Lake City, UT 84131-0293 | | Business credit card | | | | $12,000.00 |
| City of Milwaukee<br>200 E. Wells St., Room 800<br>Milwaukee, WI 53202 | | Milwaukee County Circuit Court; Case No. 2024TJ000049 | | | | $11,845.00 |
| Fora Financial Asset Securitization 2021<br>622 N Water St, Ste 400<br>Milwaukee, WI 53202 | | | Disputed | | | $46,000.00 |
| Home Rehab Lending LLC<br>Att: Benjamin Sadek<br>2237 N Lake Dr<br>Milwaukee, WI 53202 | | 1729 Linden Ave.<br>Racine, WI<br>(2 unit) | | $92,000.00 | $67,000.00 | $25,000.00 |
| Home Rehab Lending LLC<br>Att: Benjamin Sadek<br>2237 N Lake Dr<br>Milwaukee, WI 53202 | | 1005 Lone Tree Rd.<br>Elm Grove, WI 53122<br>(single family) | | $750,000.00 | $456,000.00 | $294,000.00 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19114 | | | | | | $34,000.00 |

| Debtor | East Town Management, LLC | | | Case number *(if known)* | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Josh Noske**<br>**209 Choctaw Rd**<br>**Burlington, WI 53105** | | | | | | $42,000.00 |
| **Lima One Capital, LLC**<br>**201 East McBee Avenue Suite 300**<br>**Greenville, SC 29601** | | 3901 N Port Washington Rd Milwaukee, WI 53212<br><br>747 S 23rd St. Milwaukee, WI 53204<br><br>3223 N 16th St. Milwaukee, WI 53206 | | $399,000.00 | $314,000.00 | $85,000.00 |
| **Lima One Capital, LLC**<br>**201 East McBee Avenue Suite 300**<br>**Greenville, SC 29601** | | 2728 N 37th St. Milwaukee, WI 53210<br><br>1556 W Mitchell St. Milwaukee, WI 53204<br><br>2438 N 51 St. Milwaukee, WI 53210 | | $398,000.00 | $304,000.00 | $94,000.00 |
| **Lima One Capital, LLC**<br>**201 East McBee Avenue Suite 300**<br>**Greenville, SC 29601** | | 3339 W. Juneau Ave. Milwaukee, WI 53208<br><br>420 N. 29th St. Milwaukee, WI 53208<br><br>3919 W. Cherry St. Milwaukee, WI 53208<br><br>1537 N. 37th St. Milw | | $447,000.00 | $353,000.00 | $94,000.00 |

| Debtor | East Town Management, LLC | | Case number (if known) | | |
|---|---|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Lima One Capital, LLC**<br>**201 East McBee Avenue Suite 300**<br>**Greenville, SC 29601** | | **2963 N 36th St.**<br>**Milwaukee, WI 53210**<br><br>**3920 N 22nd St.**<br>**Milwaukee, WI 53206**<br><br>**1970 S 15th St.**<br>**Milwaukee, WI 53204** | | **$235,000.00** | **$143,000.00** | **$92,000.00** |
| **Lima One Capital, LLC**<br>**201 East McBee Avenue Suite 300**<br>**Greenville, SC 29601** | | **3419 W Juneau Ave.**<br>**Milwaukee, WI 53208**<br>**(2 unit)** | | **$95,000.00** | **$74,000.00** | **$21,000.00** |
| **Lima One Capital, LLC**<br>**201 East McBee Avenue Suite 300**<br>**Greenville, SC 29601** | | **3282 N. 30th St.**<br>**Milwaukee, WI 53204**<br><br>**2417 W. Greenfield Ave.**<br>**Milwaukee, WI 53204** | | **$117,000.00** | **$105,000.00** | **$12,000.00** |
| **Markos Ramirez**<br>**20403 North Pleasant Road**<br>**Peoria, AZ 85382** | | **1005 Lone Tree Rd.**<br>**Elm Grove, WI 53122**<br>**(single family)** | | **$150,000.00** | **$456,000.00** | **$150,000.00** |
| **Matt Happ**<br>**851 312th Ave.**<br>**Burlington, WI 53105** | | **2729-2731 N 20th**<br>**Milwaukee, WI 53206**<br>**(2 unit)** | | **$50,000.00** | **$32,000.00** | **$18,000.00** |
| **Matt Happ**<br>**851 312th Ave.**<br>**Burlington, WI 53105** | | **2900 N 17th**<br>**Milwaukee, WI 53206**<br>**(2 unit)** | | **$50,000.00** | **$37,000.00** | **$13,000.00** |
| **Synchrony Bank/Harbor Freight**<br>**PO Box 71746**<br>**Philadelphia, PA 19176** | | **Harbor Freight account** | | | | **$300.00** |
| **Synchrony Bank/Lowes**<br>**PO Box 71727**<br>**Philadelphia, PA 19176** | | **Lowes credit card** | | | | **$2,000.00** |
| **Synchrony Bank/Mills Fleet Farm**<br>**PO Box 71723**<br>**Philadelphia, PA 19176** | | **Mills Fleet Farm credit card** | | | | **$600.00** |

| Debtor | East Town Management, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wadina Family Trust**<br>**10936 N. Port**<br>**Washington Rd., Ste**<br>**317**<br>**Thiensville, WI**<br>**53092** | | | | | | $4,000.00 |