# United States Bankruptcy Court
## Eastern District of Wisconsin

In re **East Town Management, LLC**  
Debtor(s)

Case No. _____  
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **East Town Management, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 26, 2024**  
Date

/s/ Evan P. Schmit  
**Evan P. Schmit**  
Signature of Attorney or Litigant  
Counsel for **East Town Management, LLC**  
**Kerkman & Dunn**  
**839 N. Jefferson St., Ste. 400**  
**Milwaukee, WI 53202-3744**  
**414-277-8200 Fax:414-277-0100**  
**eschmit@kerkmandunn.com**