UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

In re:

**East Town Management, LLC,**

**Debtor.**

Case No. 24-
Chapter 11 (Subchapter V)

---

**DEBTOR'S STATEMENT PURSUANT TO 11 U.S.C. § 1116**

---

I, Christopher Knight, under 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct:

1. I am an adult resident of the State of Wisconsin.

2. I am the owner and sole member of East Town Management, LLC (the "Debtor").

3. The Debtor does not prepare cash-flow statements, balance sheets, or statement of operations in its usual course of operations.

4. This statement is being provided pursuant to 11 U.S.C. § 1116.

Dated: February 26, 2024.

> /s/ Christopher Knight
> Christopher Knight
> Owner and Sole Member