UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN - MILWAUKEE DIVISION

IN RE:

EAST TOWN MANAGEMENT, LLC,   CASE NO.: 24-20856
                             CHAPTER 11
                             JUDGE Beth E Hanan

    Debtor(s).
_____ /

## APPEARANCE

Now comes Scott D. Nabke, an attorney admitted to practice in the U.S. Bankruptcy Court, EASTERN District of WISCONSIN and enters his/her appearance on behalf of Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as trustee of MFA 2022-INV1 Trust, in the above captioned proceedings.

By: /s/ Scott D. Nabke
Scott D. Nabke
Bar No. 1037979
Diaz Anselmo & Associates, P.A.
**Attorneys for Creditor**
P.O. BOX 19519
Fort Lauderdale, FL 33318
Phone: (954) 564-0071
Fax:  (954) 564-9252
SNabke@dallegal.com

File No. 6981-201299 and 6981-201301

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this day, May 14, 2024 a copy of the foregoing was furnished electronically and/or via first class U.S. Mail upon:

EAST TOWN MANAGEMENT, LLC
13500 WATERTOWN PLANK RD., STE. 101, ELM GROVE, WI 53122
*Debtor(s)*

EVAN SCHMIT
839 NORTH JEFFERSON STREET, SUITE 400, MILWAUKEE, WI 53202
*Attorney for Debtor(s)*

William E Wallo
7 SOUTH DEWEY STREET, SUITE 220
EAU CLAIRE, WI 54701
*Trustee*

U.S. Trustee
517 EAST WISCONSIN AVE., ROOM 430
MILWAUKEE, WI 53202
*U.S. Trustee*

                                            By: /s/ Scott D. Nabke
                                            Scott D. Nabke
                                            Bar No. 1037979
                                            SNabke@dallegal.com