Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11     12/17

Month: _____      Date report filed: _____
MM / DD / YYYY

Line of business: _____      NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: _____

Original signature of responsible party    */s/ Chris Knight*

Printed name of responsible party    Chris Knight

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ❑ | ❑ | ❑ |
| 2. | Do you plan to continue to operate the business next month? | ❑ | ❑ | ❑ |
| 3. | Have you paid all of your bills on time? | ❑ | ❑ | ❑ |
| 4. | Did you pay your employees on time? | ❑ | ❑ | ❑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ❑ | ❑ | ❑ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ❑ | ❑ | ❑ |
| 7. | Have you timely filed all other required government filings? | ❑ | ❑ | ❑ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❑ | ❑ | ❑ |
| 9. | Have you timely paid all of your insurance premiums? | ❑ | ❑ | ❑ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ❑ | ❑ | ❑ |
| 11. | Have you sold any assets other than inventory? | ❑ | ❑ | ❑ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❑ | ❑ | ❑ |
| 13. | Did any insurance company cancel your policy? | ❑ | ❑ | ❑ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❑ | ❑ | ❑ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❑ | ❑ | ❑ |
| 16. | Has anyone made an investment in your business? | ❑ | ❑ | ❑ |

Debtor Name _____    Case number_____

17. Have you paid any bills you owed before you filed bankruptcy?   ❏ ❏ ❏
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ❏ ❏ ❏

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.    $ _____

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ _____

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    − $ _____

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.    + $ _____

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.    = $ _____

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ _____

    *(Exhibit E)*

Debtor Name  _____    Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**     $ _____

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?     _____
27. What is the number of employees as of the date of this monthly report?     _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?     $ _____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?     $ _____
30. How much have you paid this month in other professional fees?     $ _____
31. How much have you paid in total other professional fees since filing the case?     $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | − | Column B **Actual** Copy lines 20-22 of this report. | = | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ _____ | − | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | − | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | − | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:     $ _____
36. Total projected cash disbursements for the next month:     − $ _____
37. Total projected net cash flow for the next month:     = $ _____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☐ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- ☐ 39. Bank reconciliation reports for each account.

- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- ☐ 41. Budget, projection, or forecast reports.

- ☐ 42. Project, job costing, or work-in-progress reports.

Exhibit C Cash Receipts

| June 24 | | | | | | |
|---|---|---|---|---|---|---|
| Date: | Cash Amount: | Cash Received From: | Purpose of Payment: | Date Deposited to DIP: | | |
| 6/3 | $690 MO | 2438 N. 51st Lower | June Rent | | | |
| 6/3 | $600 Cash | 1548 S. 9th Upper | June Rent | | | |
| 6/3 | $600 Cash | 3102 W. Scott (managed) | June Rent | | | |
| | | | | Deposited 6/3/24 Total: $1,890 | | |
| 6/5 | $1.000 MO | 3920 N. 22nd St. | June Rent | | | |
| 6/5 | $675 Chk | 3901 N. Port Washington | June Rent | | | |
| 6/5 | $570 Cash | 3339 W. Juneau | June Rent | | | |
| | | | | Deposited 6/5/24 Total $2,245 | | |
| 6/7 | $7,000 Chk | Shock Corporation | Remodeling | | | |
| 6/7 | $425 MO | 3920 N. 22nd St. Rear | June Rent | | | |
| 6/7 | $750 Cash | 3102 W. Scott (managed) | June Rent | | | |
| 6/7 | $610 MO | 3341 W. Juneau | June Rent | | | |
| | | | | Deposited 6/7/24 Total: $8,785 | | |
| 6/10 | $600 Cash | 1548 S. 9th Lower | June Rent | | | |
| 6/10 | $900 Chk | Jason & Katie Rasoul | Fence Repairs | | | |
| 6/10 | $600 Cash | 1970 S. 15th | June Rent | | | |
| | | | | Deposited 6/10/24 Total: $2,100 | | |
| 6/11 | $638.62 DD | 3102 W. Scott (managed) | June Rent | Transferred from Cash App Total: $638.62 | | |
| 6/14 | $4,000 Chk | Prospect 2628 LLC | Remodeling | | | |
| | | | | Deposited 6/14/24 Total: $4,000 | | |
| 6/18 | $650 MO | 2417 W. Greenfield | June Rent | | | |
| 6/18 | $740 Cash | 3102 W. Scott (managed) | June Rent | | | |
| | | | | Deposited 6/18/24 Total: $1,390 | | |
| 6/21 | $4,000 Chk | Shock Corporation | Remodeling | | | |
| 6/21 | $795 Cash | 3102 W. Scott (managed) | Security Deposit | | | |
| | | | | Deposited 6/21/24 Total: $4,795 | | |
| 6/25 | $1,995 Chk | 12121 W. Cathedral (managed) | July Rent | Deposited Electronically Total: $1,995.00 | | |
| 6/28 | $7,000 Chk | 3220 N. Bartlett LLC | Remodeling | | | |
| | | | | Deposited 6/28/24 Total: $7,000 | | |
| | | | | | | |
| | | | | Total June Receipts $34,838.62 | | |

Exhibit D Disbursements

| Month: June 24 | | | | 
|---|---|---|---|
| Date: | Amount Paid: | Paid To: | Purpose of Payment: |
| 6/3 | $69.99 | Maggianos | Lunch |
| 6/3 | $46.42 | Elliots Ace | Supplies |
| 6/3 | $79.18 | Jillys Carwash | Gas |
| 6/3 | $219.32 | AMFAM | Insurance |
| 6/3 | $1,539.00 | Chris Knight | Payroll |
| 6/5 | 9.72 | USPS | Certified Mailing |
| 6/6 | $55.51 | Jillys Carwash | Gas |
| 6/7 | $28.33 | Vistaprint | Business Cards |
| 6/7 | $167.74 | Office Max | Supplies |
| 6/7 | $5.08 | USPS | Certified Mailing |
| 6/7 | $3,000.00 | GP Drywall | Contractor work |
| 6/10 | $23.28 | Ace Hardware | Supplies |
| 6/10 | $103.71 | Target | Supplies |
| 6/10 | $1015.00 | Lima One | Mortgage |
| 6/10 | $1,579.50 | Lima One | Mortgage |
| 6/10 | $639.33 | Lima One | Mortgage |
| 6/10 | $1,156.25 | Lima One | Mortgage |
| 6/10 | $742.17 | Lima One | Mortgage |
| 6/10 | $690.33 | Lima One | Mortgage |
| 6/10 | $25.00 | Chase | Wire Fee |
| 6/10 | $25.00 | Chase | Wire Fee |
| 6/10 | $25.00 | Chase | Wire Fee |
| 6/10 | $25.00 | Chase | Wire Fee |
| 6/10 | $25.00 | Chase | Wire Fee |
| 6/10 | $25.00 | Chase | Wire Fee |
| 6/11 | $84.78 | Jillys Carwash | Gas |
| 6/12 | $55.00 | Advanced Wildlife | Pest Control |
| 6/12 | $68.17 | Ace Hardware | Supplies |
| 6/12 | $425.00 | Plank Rd Plaza | Office Rent |
| 6/12 | $4,916.25 | Home Rehab Lending | Mortgage |
| 6/13 | $6.31 | Home Depot | Supplies |
| 6/13 | $272.55 | American Family | Insurance |
| 6/14 | $43.01 | Jillys Carwash | Gas |
| 6/14 | $4,000.00 | GP Drywall | Contractor Work |
| 6/18 | $10.16 | USPS | Certified Mailing |
| 6/20 | $89.77 | Jillys Carwash | Gas |
| 6/20 | $14.71 | Ace Hardware | Supplies |
| 6/20 | $212.72 | Verizon | Cellular |
| 6/20 | $5.08 | USPS | Certified Mailing |
| 6/21 | $55.00 | Advanced Wildlife | Pest Control |
| 6/21 | $1,053.89 | Home Depot | Supplies |
| 6/21 | $25.40 | USPS | Certified Mailing |
| 6/21 | $118.18 | American Family | Insurance |
| 6/21 | $3,000.00 | GP Drywall | Contractor Work |

| | Date | Amount | Payee | Purpose | | | |
|---|---|---|---|---|---|---|---|
| | 6/24 | $57.19 | Jillys Carwash | Gas | | | |
| | 6/24 | $1,500.00 | Gaplam Properties | Management Payment | | | |
| | 6/25 | 7.62 | Menards | Supplies | | | |
| | 6/25 | $115.53 | Target | Supplies | | | |
| | 6/26 | $77.69 | Broadway Paper | Supplies | | | |
| | 6/26 | $1,539.00 | Chris Knight | Payroll | | | |
| | 6/26 | $425.00 | Plank Rd Plaza | Office Rent | | | |
| | 6/27 | $65.00 | Village of Shorewood | Permit | | | |
| | 6/28 | $0.63 | Chase | Cash deposit fee | | | |
| | 6/28 | $15.00 | Chase | Monthly Fee | | | |
| | 6/28 | $4,000.00 | GP Drywall | Contractor Work | | | |
| | | | | | | | |
| **Total Disbursements:** | | $33,578.50 | | | | | |
| | | | | | | | |



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

June 01, 2024 through June 28, 2024

Account Number:  8150

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00072885 DRE 121 141 18124 NNNNNNNNNN T 1 000000000 64 0000
EAST TOWN MANAGEMENT LLC
13500 WATERTOWN PLANK RD STE 101
ELM GROVE WI 53122-2200



## Good news – we reduced Non-Chase ATM Fees in more U.S. territories

As of February 20, 2024, we lowered the transaction fee from $5 to $3 for cash withdrawals made at non-Chase ATMs in American Samoa, Guam and the Northern Mariana Islands. We don't charge these fees when you use a Chase ATM.

We will continue to waive this fee for Chase Business Complete Checking℠ accounts with Chase Military Banking benefits, Chase Platinum Business Checking℠ and Chase Performance Business Checking® accounts.

Surcharge fees from the ATM owner/network may still apply. A Foreign Exchange Rate Adjustment Fee from Chase will apply for ATM withdrawals in the currency other than U.S. dollars.

You can find the current fee schedule in the **Additional Banking Services and Fees for Business Accounts** at chase.com/business/disclosures.

If you have any questions, please call us at the number listed on this statement. We accept operator relay calls.

## CHECKING SUMMARY | Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | $2,192.30 |
| Deposits and Additions | 10 | 34,838.62 |
| Checks Paid | 10 | -24,344.25 |
| ATM & Debit Card Withdrawals | 28 | -2,635.99 |
| Electronic Withdrawals | 9 | -6,432.63 |
| Fees | 8 | -165.63 |
| **Ending Balance** | 65 | **$3,452.42** |

Your Monthly Service Fee was $15 this statement period.



**How to Avoid the Monthly Service Fee (MSF)**
If you meet any of the following qualifying activities for this Chase Business Complete Checking℠ account in a statement period, we will waive the $15 MSF.

Here's the business activity we used to determine if you qualified for the MSF waiver:
- $2,000 Minimum Daily Ending Balance: Your lowest daily ending balance was $468.05.
- $2,000 Chase Payment Solutions℠ Activity: $0.00 was deposited into this account.
- $2,000 Chase Ink® Business Card Activity: $0.00 was your total Ink activity.

You can also avoid the MSF if you:
- Maintain a linked Chase Private Client Checking℠ account OR
- Meet Chase Military Banking requirements

For complete details on all requirements to avoid the MSF, please review the Additional Banking Services and Fees for Business Accounts at chase.com/business/disclosures or visit a Chase branch.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/03 | Deposit 743 | $1,890.00 |
| 06/05 | Deposit 2744 | 2,245.00 |
| 06/07 | Deposit 2745 | 8,785.00 |
| 06/10 | Deposit 2746 | 2,100.00 |
| 06/11 | Payment Received 06/11 Cash App*Chris Knigh San Francisco CA Card 8872 | 638.62 |
| 06/14 | Deposit 6659 | 4,000.00 |
| 06/18 | Deposit 6660 | 1,390.00 |
| 06/21 | Deposit 6049 | 4,795.00 |
| 06/25 | Remote Online Deposit 1 | 1,995.00 |
| 06/28 | Deposit | 7,000.00 |
| **Total Deposits and Additions** | | **$34,838.62** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1001 ^ | | 06/24 | $1,500.00 |
| 1002 ^ | | 06/26 | 1,539.00 |
| 1003 ^ | | 06/28 | 4,000.00 |
| 1071 *^ | | 06/12 | 425.00 |
| 1075 *^ | | 06/03 | 1,539.00 |
| 1076 ^ | | 06/14 | 4,000.00 |
| 1077 ^ | | 06/12 | 4,916.25 |
| 1078 ^ | | 06/07 | 3,000.00 |
| 1079 ^ | | 06/26 | 425.00 |
| 1080 ^ | | 06/21 | 3,000.00 |
| **Total Checks Paid** | | | **$24,344.25** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.



# ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 06/03 | Card Purchase          05/31 Maggianos Milwaukee Wauwatosa WI Card 8872 | $69.99 |
| 06/03 | Card Purchase          06/02 Elliott Ace Hdwe Elm Grove WI Card 8872 | 46.42 |
| 06/03 | Card Purchase With Pin 06/03 Jilly's Carwash Elm Grove WI Card 8872 | 79.18 |
| 06/05 | Card Purchase With Pin 06/05 Usps PO 56267001 13425 Elm Grove WI Card 8872 | 9.72 |
| 06/06 | Card Purchase With Pin 06/06 Jilly's Carwash Elm Grove WI Card 8872 | 55.51 |
| 06/07 | Card Purchase          06/06 Vistaprint 866-207-4955 MA Card 8872 | 28.33 |
| 06/07 | Card Purchase With Pin 06/07 Office Max/Offi 10707 West Allis WI Card 8872 | 167.74 |
| 06/07 | Card Purchase With Pin 06/07 Usps PO 56267001 13425 Elm Grove WI Card 8872 | 5.08 |
| 06/10 | Card Purchase          06/08 Village Ace Hardware Milwaukee WI Card 8872 | 23.28 |
| 06/10 | Card Purchase With Pin 06/09 Target T- 12725 W Blue Brookfield WI Card 8872 | 103.71 |
| 06/11 | Card Purchase With Pin 06/11 Jilly's Carwash Elm Grove WI Card 8872 | 84.78 |
| 06/12 | Card Purchase          06/11 Advanced Wildlife Cont 262-2424390 WI Card 8872 | 55.00 |
| 06/12 | Card Purchase          06/11 Elliott Ace Hdwe Elm Grove WI Card 8872 | 68.17 |
| 06/13 | Card Purchase With Pin 06/13 The Home Depot #4902 West Allis WI Card 8872 | 6.31 |
| 06/14 | Card Purchase With Pin 06/14 Jilly's Carwash Elm Grove WI Card 8872 | 43.01 |
| 06/18 | Card Purchase With Pin 06/18 Usps PO 56267001 13425 Elm Grove WI Card 8872 | 10.16 |
| 06/20 | Card Purchase With Pin 06/19 Jilly's Carwash Elm Grove WI Card 8872 | 89.77 |
| 06/20 | Card Purchase          06/19 Elliott Ace Hdwe Elm Grove WI Card 8872 | 14.71 |
| 06/20 | Recurring Card Purchase 06/20 Vzwrlss*Apocc Visn 800-922-0204 FL Card 8872 | 212.72 |
| 06/20 | Card Purchase With Pin 06/20 Usps PO 56267001 13425 Elm Grove WI Card 8872 | 5.08 |
| 06/21 | Recurring Card Purchase 06/20 Advanced Wildlife Cont 262-2424390 WI Card 8872 | 55.00 |
| 06/21 | Card Purchase With Pin 06/21 The Home Depot #4902 West Allis WI Card 8872 | 1,053.89 |
| 06/21 | Card Purchase With Pin 06/21 Usps PO 56267001 13425 Elm Grove WI Card 8872 | 25.40 |
| 06/24 | Card Purchase With Pin 06/24 Jilly's Carwash Elm Grove WI Card 8872 | 57.19 |
| 06/25 | Card Purchase With Pin 06/25 Mnrd-Waukesha 2315 Blu Waukesha WI Card 8872 | 7.62 |
| 06/25 | Card Purchase With Pin 06/25 Target T- 12725 W Blue Brookfield WI Card 8872 | 115.53 |
| 06/26 | Card Purchase          06/26 Ls Broadway Paper & G 141-42777699 WI Card 8872 | 77.69 |
| 06/27 | Card Purchase          06/27 Village of Shorewood 414-847-2700 WI Card 8872 | 65.00 |
| **Total ATM & Debit Card Withdrawals** | | **$2,635.99** |



# ATM & DEBIT CARD SUMMARY

Christopher E Knight  Card 8872

| | |
|---|---:|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $2,635.99 |
| Total Card Deposits & Credits | $638.62 |

ATM & Debit Card Totals

| | |
|---|---:|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $2,635.99 |
| Total Card Deposits & Credits | $638.62 |



June 01, 2024 through June 28, 2024

Account Number: 3150

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 06/03 | Orig CO Name:American Family  Orig ID:Paft075356 Desc Date:240602 CO Entry Descr:Aft  Sec:PPD  Trace#:021000023173570 Eed:240603  Ind ID:   Ind Name:East Town Management L Tm: 1553173570Tc | $219.32 |
| 06/10 | 06/10 Online Domestic Wire Transfer Via: Georgia Banking CO/061019975 A/C: Lima One Capitol LLC Greenville SC 29601 US Ref: Lima 230012744 Imad: 0610Mmqfmp2N032626 Trn: 3780044162Es | 1,015.00 |
| 06/10 | 06/10 Online Domestic Wire Transfer Via: Georgia Banking CO/061019975 A/C: Lima One Capitol LLC Greenville SC 29601 US Imad: 0610Mmqfmp2K032226 Trn: 3781794162Es | 1,579.50 |
| 06/10 | 06/10 Online Domestic Wire Transfer Via: Georgia Banking CO/061019975 A/C: Lima One Capitol LLC Greenville SC 29601 US Ref: Lima 230012744 Imad: 0610Mmqfmp2N032684 Trn: 3781314162Es | 639.33 |
| 06/10 | 06/10 Online Domestic Wire Transfer Via: Georgia Banking CO/061019975 A/C: Lima One Capitol LLC Greenville SC 29601 US Ref: Lima 121098 Imad: 0610Mmqfmp2M032354 Trn: 3785314162Es | 1,156.25 |
| 06/10 | 06/10 Online Domestic Wire Transfer Via: Georgia Banking CO/061019975 A/C: Lima One Capitol LLC Greenville SC 29601 US Ref: Lima 125215 Imad: 0610Mmqfmp2M032384 Trn: 3787204162Es | 742.17 |
| 06/10 | 06/10 Online Domestic Wire Transfer Via: Georgia Banking CO/061019975 A/C: Lima One Capitol LLC Greenville SC 29601 US Ref: Lima 118545 Imad: 0610Mmqfmp2K032414 Trn: 3787264162Es | 690.33 |
| 06/13 | Orig CO Name:American Family  Orig ID:Pebp075965 Desc Date:240613 CO Entry Descr:Webpaymentsec:Tel  Trace#:021000024637195 Eed:240613  Ind ID:00000002884049Y  Ind Name:Authorized By Customer Tm: 1654637195Tc | 272.55 |
| 06/21 | Orig CO Name:American Family  Orig ID:Ppbp075835 Desc Date:240621 CO Entry Descr:Phone Pay Sec:CCD  Trace#:021000028286626 Eed:240621  Ind ID:0000000028863N4D  Ind Name:Chris E Knight Tm: 1738286626Tc | 118.18 |
| **Total Electronic Withdrawals** | | **$6,432.63** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 06/10 | Online Domestic Wire Fee | $25.00 |
| 06/10 | Online Domestic Wire Fee | 25.00 |
| 06/10 | Online Domestic Wire Fee | 25.00 |
| 06/10 | Online Domestic Wire Fee | 25.00 |
| 06/10 | Online Domestic Wire Fee | 25.00 |
| 06/10 | Online Domestic Wire Fee | 25.00 |
| 06/28 | Cash Deposit Immediate | 0.63 |
| 06/28 | Monthly Service Fee | 15.00 |
| **Total Fees** | | **$165.63** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|---|---:|---|---:|---|---:|
| 06/03 | $2,128.39 | 06/12 | 981.86 | 06/24 | 702.89 |
| 06/05 | 4,363.67 | 06/13 | 703.00 | 06/25 | 2,574.74 |
| 06/06 | 4,308.16 | 06/14 | 659.99 | 06/26 | 533.05 |
| 06/07 | 9,892.01 | 06/18 | 2,039.83 | 06/27 | 468.05 |
| 06/10 | 5,892.44 | 06/20 | 1,717.55 | 06/28 | 3,452.42 |
| 06/11 | 6,446.28 | 06/21 | 2,260.08 | | |





## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**


This Page Intentionally Left Blank